UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. V-08-102 |
| | § | |
| FELIPE GARCIA JR. | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)    There is a serious risk that the defendant will not appear for court as required; and

(2)    There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial.  One of the material witnesses identified the defendant as the person who was driving them when stopped, and also as a person who helped to move them from house to house after crossing the Rio Grande River.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The defendant is a poor bond risk.  He just completed a supervised release term on July 30, 2008, after being convicted of the exact same offense.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 10th day of October, 2008.

                                                  B. JANICE ELLINGTON
                                                  UNITED STATES MAGISTRATE JUDGE